# United States Court of Appeals for the Fifth Circuit

No. 21-40750

Richard Devillier; Wendy Devillier; Steven Devillier; Rhonda Devillier; Barbara Devillier; et al,

*Plaintiffs—Appellees*,

*versus*

State of Texas,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
No. 3:20-CV-223

## PUBLISHED ORDER

Before Higginbotham, Southwick, and Higginson, *Circuit Judges*.

Per Curiam:

The United States Supreme Court vacated the judgment of this court and remanded for further proceedings. *See Devillier v. Texas*, 601 U.S. 285 (2024). In light of the Supreme Court's decision, we REMAND to the District Court with instructions to REMAND to the state court from which this case was removed.

Certified as a true copy and issued
as the mandate on Sep 26, 2024

Attest:    *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit